UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STARBAK COMMUNICATIONS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 06-10897 MLW |
| | ) | |
| TANDBERG ASA, TANDBERG | ) | |
| TELECOM AS, and TANDBERG, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS TANDBERG ASA and TANDBERG, INC.'S
## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(d)(3)

Pursuant to Local Rule 16.1(d)(3), counsel and an authorized representative for Defendants Tandberg ASA and Tandberg, Inc.(collectively "Tandberg"), Steven Peri, hereby affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation, and to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Steven Peri, General Counsel
Tandberg ASA
Tandberg Inc.

/s/ Erik Paul Belt
_____
Erik Paul Belt (BBO #558620)
Jack C. Schecter (BBO #652349)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Telephone: 617-443-9292

*Of Counsel:*

Richard D. Kelly
Bradley D. Lytle
Robert C. Mattson
Alexander E. Gasser
OBLON, SPIVAK, MCCLELLAND
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
Telephone: 703-413-3000